| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Main Case Number | 18-34079 |
|---|---|---|---|
| | Debtor | In Re: | St. Luke's Sugar Land Partnership, LLP |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew J. Ennis<br>Polsinelli PC<br>900 West 48th Place, Suite 900<br>Kansas City, MO 64112<br>816/374-0567 aennis@polsinelli.com<br>MO 57713; KS 22445<br>S.D. Tex. 3137530; W.D. Mo. 57713 |
|---|---|

| Name of party applicant seeks to appear for: | St. Luke's Health System Corporation<br>St. Luke's Community Development Corporation - Sugar Land |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No  X_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/13/2018 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**                            **This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                        United States Bankruptcy Judge